**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JOANNA SEMONIOUS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SONY CORPORATION OF AMERICA; and SONY ELECTRONICS INC.,

Defendants.

Case No.: 3:26-cv-01833-H-BLM

**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT SONY CORPORATION OF AMERICA WITHOUT PREJUDICE**

[Doc. No. 11]

On April 8, 2026, the parties filed a joint motion to dismiss Defendant Sony Corporation of America without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. No. 11.) For good cause shown, the Court grants the joint motion and dismisses Defendant Sony Corporation of America without prejudice.

**IT IS SO ORDERED.**

DATED: April 17, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT